LYDIA CHARLES,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )                    ORDER
                                        )
BRITTON McGILL (JOHN E. POTTER)         )
U.S. POSTAL SERVICE,                    )
                                        )
                Defendants.             )
                                        )
                                        )

        THIS MATTER is before the court upon Defendants' Motion to Dismiss pursuant to

Rules 12 (b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. It appears that Defendants

may be entitled to dismissal. Therefore, the Plaintiff is directed to file a response as described

below:

        TO THE PLAINTIFF, LYDIA CHARLES,  READ THE FOLLOWING VERY

CAREFULLY:

        You are to file a brief written argument opposing the Defendants' brief supporting the

Motion to Dismiss.  This argument must respond to the substantive arguments in Defendants'

Motion to Dismiss.

        Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief

or request an extension of the deadline.

        You are hereby advised that you have fourteen (14) days from the filing of this Order in

which to file your response to the Motion to Dismiss.  If you fail to respond to this motion, the

court will proceed to decide the matter.  A copy of the response must be served on the

Defendants and a certificate of service must be filed with the Court, showing that a copy has

been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of

this Order in which to respond to Defendants' Motion to Dismiss.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for

Defendants.  The Clerk is specifically directed to send Plaintiff's copy by certified mail, return

receipt requested.

Signed: June 23, 2011

Graham C. Mullen
United States District Judge