IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV275

| | |
|---|---|
| LYDIA CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRITTON McGILL ) | |
| (JOHN E. POTTER) ) | |
| U.S. POSTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Defendants' Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6). The government seeks dismissal of all named parties pursuant to 42 U.S.C. § 2000e-16(c). A *Roseboro* Order was sent to the *pro se* Plaintiff on June 24, 2011. The Order was sent back "unclaimed, unable to forward." The Plaintiff is responsible for keeping the court informed of any change in her address. Plaintiff has failed to file any response to the Motion to Dismiss.

The court has considered the motion and memorandum of the Defendants and finds that dismissal is proper under both 12(b)(1) and 12(b)(6). For the reasons stated in Defendants' memorandum,

IT IS THEREFORE ORDERED that Plaintiff's Complaint is hereby DISMISSED.

Signed: July 20, 2011

Graham C. Mullen
United States District Judge