# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lydia Charles,

  Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:11-cv-275

Britton McGill,
United States Postal Service,

  Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2011 Order.

          Signed: July 20, 2011

          _____
          Frank G. Johns, Clerk
          United States District Court