# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lydia Charles,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv275

Patrick R. Donahoe, Postmaster General,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/10/12 Order.

Signed: February 10, 2012

Frank G. Johns, Clerk
United States District Court